■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW BROWN, Appellant. [696 NYS2d 700] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 21, 1998 (*People v Brown,* 253 AD2d 826), affirming a judgment of the Supreme Court, Kings County, rendered April 26, 1995.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK BROWN, Appellant. [696 NYS2d 698] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Klein, J.), rendered July 22, 1998, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

By knowingly, voluntarily, and intelligently waiving his right to appeal in the instant case, the defendant waived review of his present contention that the sentence should be modified to grant him youthful offender adjudication (*see, People v Hidalgo,* 91 NY2d 733; *People v Franklin,* 261 AD2d 900; *People v Hines,* 261 AD2d 959; *People v Watkins,* 261 AD2d 962; *People v Williams,* 204 AD2d 371).

Additionally, the defendant's claim that the court should have adjudicated him a youthful offender is unpreserved for appellate review because he never sought to withdraw his plea on that ground (*see, People v Berry,* 233 AD2d 336; *People v*

*Williams, supra*). S. Miller, J. P., Sullivan, Friedmann and Feuerstein, JJ., concur.